```
JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
Chief, Corporate and Securities Fraud Strike Force
JENNA G. WILLIAMS (Cal. Bar No. 307975)
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorney
Corporate and Securities Fraud Strike Force
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2429
     Facsimile: (213) 894-0241
     Email:     Nisha.Chandran@usdoj.gov

GLENN S. LEON
Chief, Fraud Section
Criminal Division, U.S. Department of Justice
THEODORE M. KNELLER (D.C. Bar No. 978680)
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice
     1400 New York Avenue, NW
     Washington, DC 20530
     Telephone: (202) 514-5799
     Facsimile: (202) 514-3708
     E-mail:    Theodore.Kneller@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-MJ-01068 |
| Plaintiff, | ORDER SEALING COMPLAINT AND RELATED DOCUMENTS |
| v. | |
| JOSEPH NEAL SANBERG, | **(UNDER SEAL)** |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to the declaration of Nisha Chandran, and the files and record in this case, the complaint, and any related documents in

1

1  the above-titled case (except the arrest warrants), the government's
2  sealing application, and this order shall be kept under seal until
3  such time as defendant is taken into custody on the charge contained
4  in the complaint, the government files a "Report Commencing Criminal
5  Action" in this matter, or until the government determines that
6  these materials are subject to its discovery obligations in
7  connection with criminal proceedings, at which time they may be
8  produced to defense counsel.

 February 28, 2025
 ───────────────────────────     ───────────────────────────
 DATE                            HONORABLE Douglas F. McCormick
                                 UNITED STATES MAGISTRATE JUDGE