1

2

3

4

5

6

7

**FILED**
CLERK, U.S. DISTRICT COURT

3/25/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VV _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10              January 2025 Grand Jury

11  UNITED STATES OF AMERICA,          CR No. 2:25-CR-00200-MWF

12          Plaintiff,                 I N D I C T M E N T

13          v.                         [18 U.S.C. § 1349: Conspiracy to
                                       Commit Wire Fraud; 18 U.S.C. §
14  JOSEPH NEAL SANBERG,               981(a)(1)(C) and 28 U.S.C. §
                                       2461(c): Criminal Forfeiture]
15          Defendant.

16

17      The Grand Jury charges:

18                  [18 U.S.C. § 1349]

19  A.    INTRODUCTORY ALLEGATIONS

20      1.    At times relevant to this Indictment:

21          a.    Defendant JOSEPH NEAL SANBERG was a resident of Los

22  Angeles and Orange, California, within the Central District of

23  California.

24          b.    Co-conspirator Ibrahim Ameen AlHusseini ("AlHusseini")

25  was a resident of Los Angeles, California, and a citizen of the

26  United States and Saudi Arabia.

27

28

1          c.   Company A was a private company that maintained its

2   principal office in Los Angeles County, California, within the

3   Central District of California.

4          d.   Investor Fund A was an investment fund that loaned

5   investors' capital to high-net-worth borrowers, with its principal

6   place of business in New York, New York.

7          e.   Investor Fund B was an investment fund that loaned

8   investors' capital to high-net-worth borrowers, with its principal

9   place of business in New York, New York.

10         f.   Investment Adviser 1 was a securities investment

11  adviser that advised Investor Fund A and Investor Fund B, and

12  maintained offices in New York, New York.

13         g.   Graphic Designer 1 was an individual living in Lebanon

14  and an associate of co-conspirator AlHusseini.

15  B.   OBJECT OF THE CONSPIRACY

16       2.   From at least in or around January 2020 through at least in

17  or around October 2024, in Los Angeles and Orange Counties, within

18  the Central District of California, and elsewhere, defendant SANBERG

19  and co-conspirator AlHusseini, and others known and unknown to the

20  Grand Jury, knowingly and intentionally conspired with each other to

21  engage, and did engage, in wire fraud, in violation of Title 18,

22  United States Code, Section 1343, namely, to induce Investor Fund A

23  and Investor Fund B to issue two loans, for $55 million and $145

24  million, respectively, to defendant SANBERG through defendant

25  SANBERG's closely held entity.

26  C.   MANNER AND MEANS OF THE CONSPIRACY

27       3.   The object of the conspiracy was to be carried out, and was

28  carried out, in substance, as follows:

2

a.   Beginning no later than in or around January 2020 and continuing through at least March 2020, defendant SANBERG negotiated terms for a $55 million loan from Investor Fund A paid to defendant SANBERG through defendant SANBERG's closely held company.  Under the terms of the March 2020 loan, defendant SANBERG pledged approximately 10.3 million shares of Company A stock as collateral.

b.   To secure the March 2020 loan, defendant SANBERG recruited co-conspirator AlHusseini to enter a put option agreement with Investor Fund A to act as a financial guarantee on the $55 million loan from Investor Fund A.  The March 2020 put option agreement obligated co-conspirator AlHusseini to purchase the Company A stock from Investor Fund A if defendant SANBERG defaulted on the loan.  Accordingly, the March 2020 put option required co-conspirator AlHusseini to have sufficient liquid assets to pay $55 million for the shares of Company A stock in the event of defendant SANBERG's default.  The March 2020 put option agreement was a condition of the March 2020 loan.

c.   Beginning no later than in or around November 2021, defendant SANBERG refinanced the March 2020 loan.  Under the refinanced loan, Investor Fund B loaned $145 million to defendant SANBERG through defendant SANBERG's closely held company, and defendant SANBERG pledged the same approximately 10.3 million shares of Company A stock as collateral.

d.   As a condition of extending this November 2021 loan for $145 million to defendant SANBERG, Investor Fund B purchased a new put option from co-conspirator AlHusseini, in which co-conspirator AlHusseini was obligated to pay $65 million to Investor Fund B in the event that defendant SANBERG defaulted on the November

1  2021 loan.  The terms of the November 2021 put option required co-

2  conspirator AlHusseini to have sufficient liquid assets to pay $65

3  million to Investor Fund B in the event of defendant SANBERG's

4  default.

5            e.    Defendant SANBERG and co-conspirator AlHusseini

6  conspired to have co-conspirator AlHusseini enter into the March 2020

7  and November 2021 put option agreements under false pretenses to

8  induce Investor Fund A and Investor Fund B to loan millions of

9  dollars to defendant SANBERG.

10           f.    At  relevant  times,  defendant  SANBERG  knew  that  co-

11 conspirator  AlHusseini  did  not  have  sufficient  assets  to  cover  the

12 March 2020 and November 2021 put option agreement obligations to pay

13 tens of millions of dollars to Investor Fund A and Investor Fund B if

14 defendant SANBERG defaulted on the loans.

15           g.    Defendant SANBERG and co-conspirator AlHusseini

16 conspired to make materially false representations and provide

17 falsified bank and brokerage records under false pretenses to

18 Investment Adviser 1 regarding co-conspirator AlHusseini's net worth

19 to induce Investor Fund A and Investor Fund B to enter into the March

20 2020 and November 2021 put option agreements with co-conspirator

21 AlHusseini.

22           h.    At relevant times, defendant SANBERG concealed from

23 Investment Adviser 1 that co-conspirator AlHusseini did not have

24 sufficient assets to cover the put option agreements, including by

25 advising co-conspirator AlHusseini to make material

26 misrepresentations and omissions to Investment Adviser 1 to secure

27 the loans.

28

1    i.    To maintain and conceal defendant SANBERG and co-

2  conspirator AlHusseini's fraudulent scheme from Investor Fund A and

3  Investor Fund B, defendant SANBERG and co-conspirator AlHusseini

4  conspired to submit falsified brokerage statements to Investment

5  Adviser 1 regularly between in or about March 2020 and in or about

6  February 2023.

7    j.    Defendant SANBERG and co-conspirator AlHusseini

8  conspired to procure and direct Graphic Designer 1 to prepare

9  falsified brokerage and bank statements that inflated co-conspirator

10  AlHusseini's personal assets and net worth.

11    k.    Defendant SANBERG and co-conspirator AlHusseini

12  presented the falsified brokerage and bank statements that Graphic

13  Designer 1 altered to Investment Adviser 1 to fraudulently induce

14  Investor Fund A and Investor Fund B to loan millions of dollars to

15  defendant SANBERG.

16    l.    Defendant SANBERG and co-conspirator AlHusseini

17  transmitted and caused to be transmitted, by means of wire

18  communications in interstate and foreign commerce, the false and

19  fraudulent statements and representations to induce Investor Fund A

20  and Investor Fund B to loan millions of dollars to defendant SANBERG.

21    m.    In or around November 2022, defendant SANBERG

22  defaulted on the loan to Investor Fund B, and, to secure a

23  forbearance, co-conspirator AlHusseini signed an amendment with

24  Investor Fund B that raised the put option settlement price to $75

25  million.

26    n.    Beginning in or around February 2020 and continuing

27  until at least in or around October 2024, defendant SANBERG concealed

28

5

1   the conspiracy to defraud from Investment Adviser 1, Investor Fund A,

2   and Investor Fund B.

3   D.    OVERT ACTS

4       4.    On or about the following dates, in furtherance of the

5   conspiracy and to accomplish its object, defendant SANBERG, together

6   with co-conspirator AlHusseini, and others known and unknown to the

7   Grand Jury, committed and willfully caused others to commit the

8   following overt acts, among others, within the Central District of

9   California, and elsewhere:

10      Overt Act No. 1:    On February 23, 2020, defendant SANBERG

11  counseled co-conspirator AlHusseini regarding the falsified statement

12  balance that would be reflected on the falsified statements to be

13  submitted to Investment Adviser 1.

14      Overt Act No. 2:    On March 16, 2020, defendant SANBERG

15  executed a $55 million loan with Investor Fund A, and Investor Fund A

16  simultaneously purchased a put option from co-conspirator AlHusseini.

17      Overt Act No. 3:    On October 10, 2020, defendant SANBERG sent

18  an electronic communication containing a list of co-conspirator

19  AlHusseini's assets that defendant SANBERG knew to be falsified and

20  advised co-conspirator AlHusseini to send the falsified list to

21  Investment Adviser 1.

22      Overt Act No. 4:    On November 4, 2021, to induce Investor Fund

23  B to extend the November 2021 loan to defendant SANBERG, co-

24  conspirator AlHusseini directed his agent to send an email to

25  Investment Adviser 1, which contained a falsified brokerage account

26  statement.

27      Overt Act No. 5:    On November 4, 2021, defendant SANBERG

28  executed a new loan agreement with Investor Fund B for $145 million,

1    and Investor Fund B simultaneously purchased a put option from co-
2    conspirator AlHusseini.

1                          FORFEITURE ALLEGATION

2                [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

3          5.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4     Procedure, notice is hereby given that the United States of America

5     will seek forfeiture as part of any sentence, pursuant to Title 18,

6     United States Code, Section 981(a)(1)(C), and Title 28, United States

7     Code, Section 2461(c), in the event of the conviction of defendant

8     JOSEPH NEAL SANBERG of the offense set forth in this Indictment.

9          6.    The defendant, if so convicted, shall forfeit to the United

10    States of America the following:

11              a.    All right, title, and interest in any and all

12    property, real or personal, constituting, or derived from, any

13    proceeds traceable to the offense; and

14              b.    To the extent such property is not available for

15    forfeiture, a sum of money equal to the total value of the property

16    described in subparagraph (a).

17         7.    Pursuant to Title 21, United States Code, Section 853(p),

18    as incorporated by Title 28, United States Code, Section 2461(c), any

19    defendant, if so convicted, shall forfeit substitute property, up to

20    the value of the property described in the preceding paragraph if, as

21    the result of any act or omission of the defendant, the property

22    described in the preceding paragraph or any portion thereof

23    (a) cannot be located upon the exercise of due diligence; (b) has

24    been transferred, sold to, or deposited with a third party; (c) has

25    ///

26    ///

27

28

                                        8

1   been placed beyond the jurisdiction of the court; (d) has been

2   substantially diminished in value; or (e) has been commingled with

3   other property that cannot be divided without difficulty.

4

5                                              A TRUE BILL

6

7                                              /S/
                                               Foreperson

8

9   JOSEPH T. MCNALLY
    Acting United States Attorney

10

11  *Lindsey Greer Dotson*

12

    LINDSEY GREER DOTSON
13  Assistant United States Attorney
    Chief, Criminal Division

14
    BRETT A. SAGEL
15  Assistant United States Attorney
    Chief, Corporate and Securities
16  Fraud Strike Force

17  NISHA CHANDRAN
    JENNA G. WILLIAMS
18  Assistant United States Attorneys
    Corporate and Securities Fraud
19  Strike Force

20  LORINDA I. LARYEA
    Acting Chief, Fraud Section
21  Criminal Division
    U.S. Department of Justice

22
    THEODORE M. KNELLER
23  ADAM L.D. STEMPEL
    Trial Attorneys, Fraud Section
24  Criminal Division
    U.S. Department of Justice

25

26

27

28

                                   9