UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:25-cr-00200-MWF    Date: 03/28/2025

Present: The Honorable: Jean P. Rosenbluth, United States Magistrate Judge

Interpreter N/A    Language N/A

| Bea Martinez | CS 03/28/2025 | Nisha Chandran |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  Released on Bond        Attorneys for Defendants:  ✓ Present  Retained

Joseph Neal Sanberg                                         Brian R Michael

**Proceedings: Arraignment of Defendant and/or**    ✓ Assignment of Case    Appointment of Counsel    Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 05/20/2025 8:30 AM;
Status Conference: 04/07/2025 3:00 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA    PSAED    PSASA        Initial Appearance/Appointment of Counsel: 00 : 00
    USMLA    USMED    USMSA                                  Arraignment: 00 : 03
    Statistics Clerk          Interpreter              Initials of Deputy Clerk: BM by TRB
    CJA Supervising Attorney  Fiscal