Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT

**8/20/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

Case Number   25-CR-00200(A)-SVW

U.S.A.  v.   Joseph Neal Sanberg

☐ Indictment     ☑ Information

Defendant Number   1

Year of Birth   1979

Investigative agency (FBI, DEA, etc.)   FBI, USPIS

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense   January 2020 to February 2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles        ☐ Ventura
☑ Orange             ☐ Santa Barbara
☐ Riverside          ☐ San Luis Obispo
☐ San Bernardino     ☐ Other _____

Citation of Offense   18 U.S.C. §§ 1343, 2

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No     ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): 25-CR-00042-SVW

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:   Feb. 28, 2025

Case Number:   25-MJ-1068

Assigned Judge:   Hon. Douglas F. McCormick

Charging: 18 U.S.C. § 1349

The complaint/CVB citation:

☑ is still pending

☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☑ Yes

IF YES, provide Name:   Brian Michael, Marc Mukasey

Phone Number:   (213) 892-5579, (212) 466-6406

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*     ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*     ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☑ No

This is the   1st   superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
Mar. 25, 2025

Case Number 25-CR-00200-SVW

The superseded case:

☑ is still pending before Judge/Magistrate Judge

Stephen V. Wilson

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*     ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*     ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes     ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen  ☐ Alien

Alias Name(s)  _____

_____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud               ☐ tax offenses

☐ environmental issues           ☑ mail/wire fraud

☐ narcotics offenses             ☐ immigration offenses

☐ violent crimes/firearms        ☐ corporate fraud

☐ Other  _____

_____

**CUSTODY STATUS**

<u>Defendant is **not in custody**</u>:

  a. Date and time of arrest on complaint:  Mar. 3, 2025

  b. Posted bond at complaint level on:  Mar. 3, 2025

    in the amount of $ 200,000

  c. PSA supervision?  ☑ Yes  ☐ No

  d. Is on bail or release from another district:
  N/A

<u>Defendant is **in custody**</u>:

  a. Place of incarceration:  ☐ State  ☐ Federal

  b. Name of Institution:  N/A

  c. If Federal, U.S. Marshals Service Registration Number:

    _____

  d. ☐ Solely on this charge.  Date and time of arrest:

    _____

  e. On another conviction:  ☐ Yes  ☐ No

    IF YES :  ☐ State  ☐ Federal  ☐ Writ of Issue

  f. Awaiting trial on other charges:  ☐ Yes  ☐ No

    IF YES :  ☐ State  ☐ Federal  AND

    Name of Court: _____

    Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  _____ 20  _____ 21  _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  N/A

_____

Date  08/20/2025

Signature of Assistant U.S. Attorney

Nisha Chandran

Print Name