# EXHIBIT 2

UNITED STATES v. Joseph N. Sanberg

## COURT DOCKET NUMBER: 25-CR-200

## VICTIM IMPACT STATEMENT

VICTIM NAME: K█████ G███████

Are you, or an entity that you represent, a victim of any of the following categories of crimes involving the Joseph Sanberg, Ibrahim AlHusseini, or Aspiration Partners, Inc. n/k/a CTN Holdings, Inc. d/b/a Catona Climate? (Check all that apply and provide a detailed description of the crime(s).)

☑ Loan Fraud

☑ Investment Fraud

☐ Other Fraud (please describe below)

☐ Other non-fraud crime(s) (please describe below )

I provided a loan to Sanberg to help free up capital within Aspiration to utilize for greater potential for Aspiration growth. I invested my entire ROTH IRA as a retirement-specific investment opportunity. The agreement was to provide the loan until circa May 2026, with quarterly interest earnings for the duration. Upon completion of the loan period, additional compensation would be returned for the investment loan. This investment was built on my original investment with Aspiration which Sanberg represented as a financially healthy company with very promising business prospects under independent review by third party industry oversight entity(ies).

In your description, please include relevant dates or date-ranges, monetary amounts, names of individuals involved, and the names of entities involved. Please also describe any suspected false statements, misrepresentations, or omissions of material fact that were important to your decision to buy, sell, or hold an investment and/or lend money.

I decided to do the loan investment as Aspriation Bank's growth trajectory was presented by Sanberg and Al-Husseini as well ahead of the growth model compiled as the goal for its success. I was told large, well-established businesses were invested/ partnered with Aspiration Bank including the Los Angeles Clippers, Intuit, etc. Further, during the periodic investment meetings hosted by Sanberg, we were provided details of how our investment was developing including assurance the company was being reviewed by an independent third party. We were made to believe that our investment was secure, ethical, and in fact growing substantially, ahead of all projections that were initially presented at the time of investment. Sanberg represented that (i) this would be a pre-IPO investment into what was then called Aspiration Bank, (ii) the investment was through a limited partnership Sandberg set up (AGO Special Situations), and (iii) the company was financially healthy and had very promising business prospects. The loan investment was represented as helpful to Aspiration by freeing capital to be utilized to springboard the development of the bank further.

DOJ-PROD-0000262047

UNITED STATES v. Joseph N. Sanberg

COURT DOCKET NUMBER: 25-CR-200

VICTIM IMPACT STATEMENT

VICTIM NAME:

What is the approximate amount of money invested or loaned in connection with suspected fraud?

$396,000.

Have you received any repayments, dividends, or other payments in connection with the amount invested and/or loaned? If yes, approximately how much?

I have not received any return on investment except the two interest payments associated with the terms of the loan as part of Special Situations Credit which total approximately $15,000

Have you filed a civil suit against the defendant(s) or related parties? If yes, please list the case name, court location, and docket number.

I have not filed a suit, but I am working with a collective group of investors which is represented by GGG Partners, LLC.

Have you reported the suspected crime to other law enforcement agencies and/or prosecutorial offices? If yes, please list all applicable agencies and offices, approximate date(s) that reports were made, and any relevant reference numbers.

N/A.

DOJ-PROD-0000262048
DOJ-PROD-0000262048

UNITED STATES v.    Joseph N. Sanberg

COURT DOCKET NUMBER: 25-CR-200

VICTIM IMPACT STATEMENT

VICTIM NAME: K█████ G██████

Financial Hardship (For the following, check all that apply and please explain in the box below.)

Has the effect or impact of this crime resulted in you:

☐ becoming insolvent;

☐ filing for bankruptcy under the Bankruptcy Code (title 11, United States Code);

☑ suffering substantial loss of a retirement, education, or other savings or investment fund;

☑ making substantial changes to your employment, such as postponing your retirement plans;

☐ making substantial changes to your living arrangements, such as relocating to a less expensive home;

☐ suffering substantial harm to your ability to obtain credit; or

☑ suffering some other form of substantial financial hardship (description required).

Please describe in detail:

The financial hardship from this fraud is obtuse from the prespective that the investment was meant to allow for retirement without the need to find a second income from my federal pension in retirement. I was due to retire in May 2025, however as a federal civil servant I made the decision to extend retirement until the end of 2025. I also made the decision not to extend retirement further or go to mandatory retirement as a federal law enforcement officer, as I had to weigh the cost benefit analysis of greater financial stability despite the loss due to this fraud scheme, or being present for my three children as my job seemed to average 12+ hour work days and added a tremendous amount of stress which by my own assessment, doesn't allow me to be my best for my children. I made the decision that being present for my three children for the next 7 years as they all become adults and go to college or other choices, was more important as I will have a pension. However, because of the this fraud, I may need to return to work after my children are adults during the years that should have been my full retirement. Further, had I kept my investments in place and not participated with Aspiration, my returns would likely have had substantial gains if judged by general market gains

DOJ-PROD-0000262049
DOJ-PROD-0000262049

UNITED STATES v. Joseph N. Sanberg

## COURT DOCKET NUMBER: 25-CR-200

## VICTIM IMPACT STATEMENT

VICTIM NAME: K█████ G███████

### Financial Losses

Please list your actual financial losses from this crime. (Use additional paper if needed.)

Exclude or deduct from your losses any amounts that you have been paid out or that you expect to be repaid.

Please attach relevant supporting materials whenever possible.

The loan amount was $145,969.97. The Oct24 statement shows a cash balance of $7,561.88 which appears to have been subtracted from the investment amount as the investment reduced to $138,671.47, but there is no indication where that money went. The same statement reflects the first distribution of $7,298.50 on 21Oct25. The second distribution of $7298.50 came on 07Jan25. The AltoIRA account was created specfically for this loan transaction with Sanberg and I did not touch the account until Feb25 after I learned about the lawsuit; at that time I withdrew the collective distribution amount, $14,860.38, and placed it in another banking institution to protect it. Statements included.
My initial investment with Special Situations was $180,000, which included $10,000 each for my three minor children. I also invested $50,000 from my government retirement Thrift Savings Plan (TSP), and $10,000 purchased from another investor $240,000 total.

### Federal Tax, Penalty, and Interest Information

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

none known to date.

DOJ-PROD-0000262050

UNITED STATES v. Joseph N. Sanberg

COURT DOCKET NUMBER: 25-CR-200

## VICTIM IMPACT STATEMENT

VICTIM NAME: K███ G███

**What else would you like the court to know about the defendant or your situation as a result of the crime?**

I am a federal civil servant law enforcement officer.  It has taken me my full career of hard work, long hours and sacrifice to save this money. Losing it has been devastating, both financially and emotionally. This loss has not only set back my financial security but also impacted my family's future and required difficult decisions regarding retirement. I will no longer have the financial security I planned for retirement and will have to make tough decisions going forward.  Further, I brought in several friends to this investment opportunity as I believe it to be an unique investment opportunity for the layman and wanted me friends to decide if they wanted to participate too. I believed I was giving an opportunity to which civil servants rarely have access and believed I doing something positive, something that could help others too. I now carry the burden of tremendous guilt and regret of involving people whom I care for, many of whom do not have extensive savings to gamble with investments.

DOJ-PROD-0000262051
DOJ-PROD-0000262051

DOJ-PROD-0000262052