# EXHIBIT 3

**UNITED STATES v.** Joseph Neal Sanberg

**COURT DOCKET NUMBER:** 25-CR-200

**VICTIM IMPACT STATEMENT**

VICTIM NAME: Y███ B████████

Are you, or an entity that you represent, a victim of any of the following categories of crimes involving the Joseph Sanberg, Ibrahim AlHusseini, or Aspiration Partners, Inc. n/k/a CTN Holdings, Inc. d/b/a Catona Climate? (Check all that apply and provide a detailed description of the crime(s).)

☐ Loan Fraud

☑ Investment Fraud

☐ Other Fraud (please describe below)

☐ Other non-fraud crime(s) (please describe below )

Yes, I am a victim. I was invited to invest in Aspiration by my daughter ███████████ who was investing. Joe seemed like a nice man who was trying to help people like me make better investments. I invested $100,000 of my hard-earned Roth IRA funds from 30 years ago.

In your description, please include relevant dates or date-ranges, monetary amounts, names of individuals involved, and the names of entities involved.  Please also describe any suspected false statements, misrepresentations, or omissions of material fact that were important to your decision to buy, sell, or hold an investment and/or lend money.

March 2021 - $100,000 invested in AGO Special Situations

Dozens of inquiries about when this company would go public were made, and there was always some excuse about why they delayed and how it would be better for investors. Eventually just wanted to get my principal out. Joe and Ibrahim pretended like they were building up to something, but now we know that is not true. They should suffer as much as they make us suffer.

DOJ-PROD-0000264583

Joseph Neal Sanberg

**UNITED STATES v.**

**COURT DOCKET NUMBER:** 25-CR-200

**VICTIM IMPACT STATEMENT**

VICTIM NAME: Y███ B████████

What is the approximate amount of money invested or loaned in connection with suspected fraud?

$100,000

Have you received any repayments, dividends, or other payments in connection with the amount invested and/or loaned?  If yes, approximately how much?

No.

Have you filed a civil suit against the defendant(s) or related parties? If yes, please list the case name, court location, and docket number.

No.

Have you reported the suspected crime to other law enforcement agencies and/or prosecutorial offices? If yes, please list all applicable agencies and offices, approximate date(s) that reports were made, and any relevant reference numbers.

No.

DOJ-PROD-0000264584

**UNITED STATES v.** Joseph Neal Sanberg

**COURT DOCKET NUMBER:** 25-CR-200

## VICTIM IMPACT STATEMENT

VICTIM NAME: Y▇▇ B▇▇▇

**Financial Hardship** (For the following, <u>check all that apply</u> and <u>please explain</u> in the box below.)

Has the effect or impact of this crime resulted in you:

☐ becoming insolvent;

☐ filing for bankruptcy under the Bankruptcy Code (title 11, United States Code);

☒ suffering substantial loss of a retirement, education, or other savings or investment fund;

☒ making substantial changes to your employment, such as postponing your retirement plans;

☐ making substantial changes to your living arrangements, such as relocating to a less expensive home;

☐ suffering substantial harm to your ability to obtain credit; or

☒ suffering some other form of substantial financial hardship (description required).

Please describe in detail:

Wanted to pay off my home now that I am retired and 71. I had invested in AGO Special Situations / Aspiration in March 2021 when I was 67, and after it went public in the fall of 2021, I knew I could exit the investment after a 6-month holdup period, which I was expecting in 2022. Every time I asked about when this would go public, I would get vague answers about why it's been delayed but why that will be better in the long run. Since I have never gotten the money, I have not been able to pay off my home.

Long-term health care plans were shattered, as I was planning to use this money to pay for LTHC.

DOJ-PROD-0000264585

UNITED STATES v.  Joseph Neal Sanberg

COURT DOCKET NUMBER:  25-CR-200

VICTIM IMPACT STATEMENT

VICTIM NAME:  Y▆▆▆ B▆▆▆▆▆

**Financial Losses**

Please list your actual financial losses from this crime. (Use additional paper if needed.)

Exclude or deduct from your losses any amounts that you have been paid out or that you expect to be repaid.

Please attach relevant supporting materials whenever possible.

$100,000

**Federal Tax, Penalty, and Interest Information**

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

No.

DOJ-PROD-0000264586

UNITED STATES v. Joseph Neal Sanberg

COURT DOCKET NUMBER: 25-CR-200

VICTIM IMPACT STATEMENT

VICTIM NAME: Y███ B█████

What else would you like the court to know about the defendant or your situation as a result of the crime?

I am so troubled by this experience. I am an immigrant to this country. I was born in poverty in India. The Roth account I used for AGO/Aspiration I saved when I was raising three small children under the age of 10, taking late night calls as an ultrasound technologist. My husband and I would load the children in the car and drive wherever we needed to for me to make some money. We lived so thriftily, so that I could save. It's horrifying that it's all gone and someone who was pretending to do good for people and the planet did this.

DOJ-PROD-0000264587

DOJ-PROD-0000264588

## PLEASE COMPLETE EXHIBIT A - INVESTOR QUESTIONNAIRE

## SIGNATURE PAGE FOR PROSPECTIVE INVESTORS

The Investor has signed this Subscription Agreement for the purchase of a limited partnership interest (the "Interest") in AGO Special Situations, LP (the "Partnership"). This page constitutes the signature page for the Subscription Agreement for the purchase of an Interest in the amount set forth below. Upon acceptance by the General Partner, the Investor shall be admitted as a Limited Partner of the Partnership and authorizes the General Partner to exercise its Power of Attorney hereunder to sign the Partnership Agreement on behalf of the Investor.

**Investor Information**

Y███████ B███████
Name of Investor

████████████████████
Address ████ GA ████

████████████████████
Telephon█████████████

F█████████████████

E█████████████████
Federal Tax Id. Number

**Commitment Amount**

$ 100,000.00
Amount

02/15/2021
Dated

By:_____
Signature

Y██████ B████████
Print Name of Person Signing

_____
Title (if applicable)

## ACCEPTANCE

AGO GP III, LLC, as General Partner of AGO Special Situations, LP, accepts the foregoing subscription. This Subscription Agreement shall be binding and effective only when accepted by the General Partner, upon the terms set forth in Section 1.02 of this Subscription Agreement.

By:_____
Chief Executive Officer
AGO GP III, LLC, General Partner
AGO Special Situations, LP

3/3/2021
_____
Dated

15

DocuSign Envelope ID: E7A43757-BEB9-4F34-8F13-3E987DF923EA

## PLEASE COMPLETE EXHIBIT A - INVESTOR QUESTIONNAIRE

## SIGNATURE PAGE FOR PROSPECTIVE INVESTORS

The Investor has signed this Subscription Agreement for the purchase of a limited partnership interest (the "Interest") in AGO Special Situations, LP (the "Partnership"). This page constitutes the signature page for the Subscription Agreement for the purchase of an Interest in the amount set forth below. Upon acceptance by the General Partner, the Investor shall be admitted as a Limited Partner of the Partnership and authorizes the General Partner to exercise its Power of Attorney hereunder to sign the Partnership Agreement on behalf of the Investor.

**Investor Information**

Y██████ B███████
Name of Investor

**Commitment Amount**

$ ~~25,000~~ 100,000.00 .
Amount

02 / 15 / 2021
Dated

By: _____
Signature

Y████████ B██████████████
Print Name of Person Signing

_____
Title (if applicable)

## ACCEPTANCE

AGO GP III, LLC, as General Partner of AGO Special Situations, LP, accepts the foregoing subscription. This Subscription Agreement shall be binding and effective only when accepted by the General Partner, upon the terms set forth in Section 1.02 of this Subscription Agreement.

By: _____
Chief Executive Officer
AGO GP III, LLC, General Partner
AGO Special Situations, LP

3/3/2021
Dated

DOJ-PROD-0000264590

LIMITED PARTNER SIGNATURE PAGE

By the undersigned's signature below, the undersigned agrees that effective as of the date of its admission to AGO Special Situations, LP as a Limited Partner, it shall (1) be bound by each and every term and provision of the Agreement of Limited Partnership of AGO Special Situations, LP dated as of January 17, 2020, as the same may be duly amended from time to time in accordance with the provisions of such Agreement, and (2) become and be a party to said Agreement of Limited Partnership of AGO Special Situations, LP

LIMITED PARTNER

_____

Name of Limited Partner

_____

Print Name of Person Signing

_____

Title (if applicable)

02 / 15 / 2021

Date

Agreed and acknowledged:

AGO III GP, LLC,

By: _____

Title: Managing Member

Joseph Sanborg

Print Name of Person Signing

DOJ-PROD-0000264591

## AGO SPECIAL SITUATIONS, LP

## SIGNATURE PAGE FOR INVESTOR QUESTIONNAIRE

**Investor Signature**

Y ▮▮▮▮▮ B ▮▮▮▮▮
_____
Name of Investor

02 / 15 / 2021
_____
Dated

By: ▮▮▮▮▮
_____
Authorized Signature

Y ▮▮▮▮▮ B ▮▮▮▮▮
_____
Print Name of Person Signing

_____
Title (if applicable)

\*\*\* If Second Signature Necessary \*\*\*

By:_____
Authorized Signature

_____
Print Name of Person Signing

_____
Title (if applicable)

28

DOJ-PROD-0000264592

## Carried Interest Agreement

With regards to Y█████████ B███████ (inclusive of immediate family members to be referenced as "B████████(s)") subscription to AGO Special Situations LP (the "Fund") and any additional investments made by the B███████(s) or affiliated entities into the Fund during the 30-day period thereafter (the "Investment");

Reva Special Situations, LLC will receive a carry, denominated in shares, equal to 25% of the profit from the Investment, once B███████(s) have received a return of their capital contributions and have achieved a 4% return.

Agreed and acknowledged:



By:    Y████ B████████

Date:        02/15/2021

Reva Special Situations, LLC



By:    █████████
Title:   Manager
Date:   February 8, 2021



**Alto**

Standard Roth IRA # ▮▮54
# 36254

$112,856.64
Account Value

Y▮▮▮ B▮▮▮▮

‹ Back to Dashboard

## Investment Details

**Investment Nickname:** AGO Special Situations LP
**Cost Basis:** $100,000.00
**Last Reported Value (as of 12/31/21):** $100000.00

**Offering Details**
**Offering Name:** AGO Special Situations LP
**Entity Type:** Limited Partnership (LP)
**Security Type:** Partnership Interest
**Has Capital Calls:** No

**Recipient**
**Recipient Name:** Joe Sanberg
**Recipient Email:** joseph@agopartners.com

## Investment Contributions

Date: 2021-07-26 — Amount: $100,000.00

## Investment Distributions

No distributions have been paid yet.

DOJ-PROD-0000264594