# EXHIBIT 4

UNITED STATES v. Joseph N. Sanberg

COURT DOCKET NUMBER: 25-CR-200

## VICTIM IMPACT STATEMENT

VICTIM NAME: M████████D████████

Are you, or an entity that you represent, a victim of any of the following categories of crimes involving the Joseph Sanberg, Ibrahim AlHusseini, or Aspiration Partners, Inc. n/k/a CTN Holdings, Inc. d/b/a Catona Climate? (Check all that apply and provide a detailed description of the crime(s).)

☐ Loan Fraud

☑ Investment Fraud

☐ Other Fraud (please describe below)

☐ Other non-fraud crime(s) (please describe below )

In your description, please include relevant dates or date-ranges, monetary amounts, names of individuals involved, and the names of entities involved. Please also describe any suspected false statements, misrepresentations, or omissions of material fact that were important to your decision to buy, sell, or hold an investment and/or lend money.

On July 22, 2014 Joseph Sanberg emailed me and invited me to invest in an investment f

*See attachment for full statement.*

DOJ-PRODS-0000001764

**UNITED STATES v.**    Joseph N. Sanberg

**COURT DOCKET NUMBER:** 25-CR-200

**VICTIM IMPACT STATEMENT**

VICTIM NAME: M██████ D██████

What is the approximate amount of money invested or loaned in connection with suspected fraud?

$320,000

Have you received any repayments, dividends, or other payments in connection with the amount invested and/or loaned? If yes, approximately how much?

Yes. I received $24,269 from distributions from AGO2 investments

Have you filed a civil suit against the defendant(s) or related parties? If yes, please list the case name, court location, and docket number.

No

Have you reported the suspected crime to other law enforcement agencies and/or prosecutorial offices? If yes, please list all applicable agencies and offices, approximate date(s) that reports were made, and any relevant reference numbers.

No, but I plan to also contact the SEC

DOJ-PRODS-0000001765

**UNITED STATES v.**    JOSEPH N. SANBERG

**COURT DOCKET NUMBER:** 25-CR-200

## VICTIM IMPACT STATEMENT

VICTIM NAME: M███████ D████████

**Financial Hardship** (For the following, check all that apply and please explain in the box below.)

Has the effect or impact of this crime resulted in you:

☐ becoming insolvent;

☐ filing for bankruptcy under the Bankruptcy Code (title 11, United States Code);

☑ suffering substantial loss of a retirement, education, or other savings or investment fund;

☑ making substantial changes to your employment, such as postponing your retirement plans;

☐ making substantial changes to your living arrangements, such as relocating to a less expensive home;

☐ suffering substantial harm to your ability to obtain credit; or

☐ suffering some other form of substantial financial hardship (description required).

Please describe in detail:

We invested ALL of The money we saved for retirement and gave To Joseph because we knew him and Trusted him as he had become very succesful. With The loss of This investment we will need To postpone retirement. My wife has also needed To go back To work To help make up for These losses.

DOJ-PRODS-0000001766

**UNITED STATES v.** Joseph N. Sanberg

## COURT DOCKET NUMBER: 25-CR-200

### VICTIM IMPACT STATEMENT

VICTIM NAME: M█████ D███████

## Financial Losses

Please list your actual financial losses from this crime. (Use additional paper if needed.)

Exclude or deduct from your losses any amounts that you have been paid out or that you expect to be repaid.

Please attach relevant supporting materials whenever possible.

$320,000 initial investment - 24,269 in distributions = $295,731 in actual losses. How

See attached document for full statement.
I could not fit more than 1 line on the pdf document online

## Federal Tax, Penalty, and Interest Information

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

DOJ-PRODS-0000001767

UNITED STATES v. Joseph N. Sanberg

COURT DOCKET NUMBER: 25-CR-200

## VICTIM IMPACT STATEMENT

VICTIM NAME: M███████ D████████

What else would you like the court to know about the defendant or your situation as a result of the crime?

My investment, while small compared to the millions other investors invested, was the

see next page for fll explanation

DOJ-PRODS-0000001768

Aspiration Impact Statement  September 2, 2025

The following are answers to the questions on the impact statement form. When inputting this information online it only typed in 1 very long line and would not fill the box by wrapping the text.

On July 22, 2014 Joseph Sanberg emailed me and invited me to invest in an investment fund that invested primarily in Aspiration, at the time it was marketed as a neo-bank. On July 28 I invested $50,000 into AGO 2 (Aspiration Growth Opportunities 2). I increased the investment on April 24, 2015 by another $50,000 to a total of $100,000. in July 2016, I invested $65K into AGO3, this fund was purely invested in Aspiration, unlike AGO2 that also had some other investments in other private companies). In April, 2019 I was shown an investor presentation material that showed a projected run rate of $100m by end of 2019. After seeing this presentation, I invested another $155K into AGO3.  In an April 13, 2019 email from Joseph Sanberg to me,  he said that "I think in 4Q21 that Aspiration could achieve an IPO that values it in the range of $15bn to $20bn based on exceeding an annualized revenue run rate of $1bn".  Based on that email I invested another $155K! The total amount invested was $320K.

In July 2024, I was reading reports of some questionable activities by Joseph Sanberg regarding paying people to commit to purchasing from Aspiration (Catona Climate). I contacted Joe and he suggested I could talk to Ibrahim AlHusseini, who Jop said was a board member and could help alleviate my concerns. We had a call and Ibrahim denied all allegations and suggested Joseph has been acting in the best interest of AGO shareholders when Catona split from Aspiration the equity from AGO 2 & 3 remained with Catona Climate.

$320,000 initial investment - 24,269 in distributions = $295,731 in actual losses. However, the opportunity cost is much higher had I just put the money in an S&P index fund.

My investment, while small compared to the millions other investors invested, was the majority of my retirement money. This is going to set me back financially and prevent me from retiring at the normal age. it has strained my marriage, as any loss of retirement funds would.

DOJ-PRODS-0000001769



*This is address we used T lieve at*

# AGO II, LP
### Account Statement as of December 31, 2020

M████ D████

████ NY ████

Below is your unaudited account statement as of December 31, 2020:

| | |
|---|---:|
| Original Cost of Investment as of December 31, 2020 | 100,000.00 |
| Cumulative Distributions as of December 31, 2020 | 6,771.74 |
| Estimated Fair Value as of December 31, 2020 before hypothetical incentive fee allocation and excluding cumulative distributions | 333,599.01 |
| Estimated Fair Value as of December 31, 2020 after hypothetical incentive fee allocation and excluding cumulative distributions | 288,949.17 |
| Increase (Decrease) in value after hypothetical incentive fee allocation excluding cumulative distributions as of December 31, 2020 | 188,949.17 |

***DISCLAIMERS***

*\*\*\*Capital account statements are solely for information purposes only and are not intended to be used for tax preparation. \*\*\**
*\*\*\*Statements are unaudited and AGO II, LP disclaims responsibility for any changes that would be a result from the audit. \*\*\**

*STRICTLY PRIVATE AND CONFIDENTIAL*

DOJ-PRODS-0000001771

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

651121

| Final K-1 ☐ | Amended K-1 ☐ | OMB No. 1545-0123 |

**Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) −379. | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked ........ ▶ ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income 66. | | |
| 6a | Ordinary dividends 2,041. | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | B | 34. |
| 7 | Royalties | C | 1. |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) 2,310. | 19 | Distributions A 17,497. |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information A 2,109. |
| 10 | Net section 1231 gain (loss) | B | 4,537. |
| 11 | Other income (loss) A* 2. | Z * | STMT |
| | * STMT | AG | 1,684. |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions A 2. | | |
| | H 992. | | |
| | W* STMT | | |
| 22 | ☒ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

**Part I** | **Information About the Partnership**

**A** Partnership's employer identification number
███████████

**B** Partnership's name, address, city, state, and ZIP code
ASPIRATION GROWTH OPPORTUNITIES II LP
528 PALISADES DR #545
PACIFIC PALISADES, CA 90272

**C** IRS Center where partnership filed return ▶ EFILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II** | **Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.) 8
███████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
M██████████ D████████
███████████
███, NY

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.920907 % | 0.939039 % |
| Loss | 0.920907 % | 0.939039 % |
| Capital | 0.920892 % | 0.923663 % |

Check if decrease is due to sale or exchange of partnership interest . ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse .... $ | 10,476. | $ 48,821. |
| Qualified nonrecourse financing ..... $ | | $ |
| Recourse ..... $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ▶ ☒

**L** | **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account ..... $ | 71,814. |
| Capital contributed during the year .. $ | |
| Current year net income (loss) .... $ | −1,508. |
| Other increase (decrease) (attach explanation) $ | |
| Withdrawals and distributions .... $ ( | 17,497. ) |
| Ending capital account ....... $ | 52,809. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ............. $ _____
Ending ............. $ _____

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2021

JSA
1P1200 1.000
4587LM  R20Y

DOJ-PRODS-0000001772

651121

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1
(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning _____ ending _____

## Partner's Share of Income, Deductions, Credits, etc. ▶ See separate Instructions.

**Part I   Information About the Partnership**

**A** Partnership's employer identification number

████████████

**B** Partnership's name, address, city, state, and ZIP code

ASPIRATION GROWTH OPPORTUNITIES III, LP
528 PALISADES DR #545
PACIFIC PALISADES, CA  90272

**C** IRS Center where partnership filed return ▶ EFILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)   4

████████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

M███ D████████
████████████ NY

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 1.143069 % | 1.141157 % |
| Loss | 1.143069 % | 1.141157 % |
| Capital | 1.143069 % | 1.141157 % |

Check if decrease is due to sale or exchange of partnership interest . ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 37,908. | $ 148,259. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

☐ Check this box if Item K includes liability amounts from lower tier partnerships ▶

**L**   **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ 223,105. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -8,198. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ 214,907. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . $ _____

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| # | Item | Amount | # | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 15 | Credits | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked . . . . . . . ▶ ☒ | |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | 250. | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | | | |
| | | | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| | | | 20 | Other information | |
| 9c | Unrecaptured section 1250 gain | | A | | 250. |
| 10 | Net section 1231 gain (loss) | | B | | 8,448. |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |
| W* | STMT | | | | |
| 22 | ☐ More than one activity for at-risk purposes* | | | | |
| 23 | ☐ More than one activity for passive activity purposes* | | | | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2021

JSA
1P1200 1.000
3106NE   R20Y

DOJ-PRODS-0000001773

PLEASE COMPLETE EXHIBIT A - INVESTOR QUESTIONNAIRE

## SIGNATURE PAGE FOR PROSPECTIVE INVESTORS

The Investor has signed this Subscription Agreement for the purchase of a limited partnership interest (the "Interest") in Aspiration Growth Opportunities III, LP (the "Partnership"). This page constitutes the signature page for the Subscription Agreement for the purchase of an Interest in the amount set forth below. Upon acceptance by the General Partner, the Investor shall be admitted as a Limited Partner of the Partnership and authorizes the General Partner to exercise its Power of Attorney hereunder to sign the Partnership Agreement on behalf of the Investor.



**Investor Information**

Name of Investor

Address

Telephone

Fax

Email

Federal Tax Id. Number

Commitment Amount   4/24/19   7/18/19

$ 65,000 + $135,000 + 26,000 = $220,000

Amount

July 11, 2016                    7/18/2019

Dated

By:

Signature

Print Name of Person S

Title (if applicable)

## ACCEPTANCE

AGO GP III, LLC, as General Partner of Aspiration Growth Opportunities III, LP, accepts the foregoing subscription. This Subscription Agreement shall be binding and effective only when accepted by the General Partner, upon the terms set forth in Section 1.02 of this Subscription Agreement.

By:_____

Chief Executive Officer
AGO GP III, LLC, General Partner
Aspiration Growth Opportunities III, LP

7/12/2016
_____
Dated

17

DOJ-PRODS-0000001774