Marc L. Mukasey (*Pro Hac Vice*)
Torrey K. Young (*Pro Hac Vice*)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Telephone:   (212) 218-5500
Facsimile:   (212) 218-5526
Email:        MMukasey@seyfarth.com;
              TKYoung@seyfarth.com

Brian R. Michael (CA SBN 240560)
MORRISON FOERSTER LLP
707 Wilshere Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone:   (212) 892-5200
Facsimile:   (213) 892-5454
Email:        BMichael@mofo.com

Attorneys for JOSEPH NEAL SANBERG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JOSEPH NEAL SANBERG,<br><br>       Defendant. | Case No. 2:25-cr-00200(a)-SVW<br><br>**DEFENDANT'S SUPPLEMENTAL SENTENCING SUBMISSION**<br><br>Hearing Date:  April 27, 2026<br>Hearing Time:  10:00 a.m.<br>Location:         Courtroom of the Hon.<br>                      Stephen V. Wilson |

JOSEPH NEAL SANBERG, through Counsel, hereby files his Supplemental Sentencing Submission with accompanying updated Exhibit A and new Exhibit A-18, which is an additional character letter on behalf of Mr. Sanberg.

DATED:      April 24, 2026                     Respectfully submitted,

                                                 /s/ Marc L. Mukasey
                                                Marc L. Mukasey
                                                Torrey K. Young
                                                SEYFARTH SHAW LLP
                                                620 Eighth Avenue
                                                New York, New York 10018

                                                and

                                                 /s/ Brian R. Michael
                                                Brian R. Michael
                                                MORRISON FOERSTER LLP
                                                707 Wilshere Boulevard, Suite 6000
                                                Los Angeles, California 90017

                                                Attorneys for Defendant
                                                JOSEPH NEAL SANBERG

DEFENDANT'S SUPPLEMENTAL SENTENCING SUBMISSION