**EXHIBIT A – INDEX TO LETTERS IN SUPPORT OF SENTENCING SUBMISSION OF JOSEPH SANBERG**

| Author | Exhibit Number |
| --- | --- |
| United States Congresswoman Nanette Barragán | A-1 |
| Florida Representative Fentrice Driskell | A-2 |
| Thomas Unterman | A-3 |
| Gene Sperling | A-4 |
| Laurene Farrow | A-5 |
| Dr. Wayne Sandler | A-6 |
| Soni Rice | A-7 |
| Michael Denning | A-8 |
| Amy Everitt | A-9 |
| Lawrence Toner | A-10 |
| David Flusberg | A-11 |
| David B. Anders | A-12 |
| Stephen Kane | A-13 |
| Simona Grace | A-14 |
| Melahat Rafiei | A-15 |
| Rabbi David Sorani | A-16 |
| Allison Weinberg | A-17 |
| Chris Weir | A-18 |