April 23, 2026

The Honorable Stephen V. Wilson
First Street U.S. Courthouse
Courtroom 10A
350 W. 1st Street
Los Angeles, CA 90012

Dear Judge Wilson,

My name is Chris Weir, and I serve as the Executive Director of The Camino School, an independent Catholic school in Orange County. For the past 25 years, I have worked in Catholic education in a variety of roles, working closely with hundreds of young men and women. I have known Joe Sanberg for 33 years, since we were classmates at Servite High School, where we served together in student leadership roles.

While Joe and I stayed in touch after high school, we worked more closely together when he founded an international leadership program at Servite during my time as Director of Student Leadership Development. Through Joe's vision and generosity, we were able to offer students immersive language and leadership experiences, including summers abroad. As we built the program, I saw firsthand Joe's deep concern for the students—not only in the design of the program, but in the personal investment he made in mentoring them individually.

On a personal level, I have always known Joe to be kind, empathetic, and selfless. In high school, he was our valedictorian and was elected to class office all four years—something I attribute not only to his abilities, but to the respect he consistently showed others. He has a genuine way of engaging with people—he listens carefully, remembers details, and follows up in a way that reflects sincere care. Over the years, I have also seen his generosity grow, particularly in how he looks for ways to use his resources and influence to support others.

I understand that Joe is currently facing serious legal challenges, and I do not wish to minimize the gravity of the situation. While I am not in a position to speak to the specifics, I can say that the circumstances are not consistent with the character I have known over more than three decades. I believe he is a man of faith and integrity, as demonstrated through his actions over many years.

More recently, I have observed Joe's genuine remorse and reflection. He has approached this situation with honesty and a willingness to take responsibility, engaging in the difficult work of self-examination with the intention of learning and growing from it.

I respectfully ask that you take my perspective into consideration as you evaluate Joe's case. I am confident that he has the character and support necessary to move forward in a positive and constructive way.

Thank you for your time and consideration.

Sincerely,

Chris Weir

**Ex. A-18**